# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES MICHAEL BAYAIRD, | ) | 1:09-CV-01898 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO AMEND PETITION |
| v. | ) | |
| | ) | [Doc. #13] |
| MATTHEW CATE, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 29, 2009, Petitioner filed the instant petition for writ of habeas corpus. Following a preliminary review of the petition, on December 2, 2009, the Court issued an order directing Respondent to file a response.

Pending before the Court is Petitioner's motion to amend the petition, filed on January 5, 2010. Petitioner seeks to include "vacating the conviction and sentence" as additional remedies requested by the petition.

Rule 15 of the Federal Rules of Civil Procedure provides, in relevant part:

(a) Amendments Before Trial.
    (1) *Amending as a Matter of Course*. A party may amend its pleading once as a matter of course:
        (A) before being served with a responsive pleading; or
        (B) within 20 days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar.

1   In this case, Respondent has not yet filed a responsive pleading. Therefore, Petitioner's
2 motion to amend the petition will be granted so as to include the additional remedies in his request
3 for relief.
4   Accordingly, Petitioner's motion to amend the petition is GRANTED.

6   IT IS SO ORDERED.
7   Dated:   **January 11, 2010**              **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE